**Fill in this information to identify the case:**

Debtor 1    Jimmy De La Rosa

Debtor 2    Carolina De La Rosa
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Texas

Case number    15-70228

Official Form 410S1

# Notice of Mortgage Payment Change                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** SRP 2013-2 LLC

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 0 5 8 2

**Date of payment change:**
Must be at least 21 days after date of this notice    12/01/2017

**New total payment:**
Principal, interest, and escrow, if any    $ 618.57

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 0.00          New escrow payment: $ 42.50

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:    _____%          New interest rate:    _____%

   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____          New mortgage payment: $ _____

Debtor 1 Jimmy De La Rosa
       First Name    Middle Name    Last Name

Case number (*if known*) 15-70228

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Angela Kristen Viale
Signature

Date 10/20/2017

Print: Angela   Kristen   Viale
       First Name  Middle Name  Last Name

Title: Bankruptcy Asset Manager

Company: SN Servicing Corporation

Address: 323 5th Street
         Number   Street

Eureka                    CA      95501
City                      State   ZIP Code

Contact phone: 800-603-0836

Email: bknotices@snsc.com

SN Servicing Corporation                                  Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836

Analysis Date:  October 14, 2017

JIMMY DE LA ROSA                                                                                          Loan:         XXXXXXXXXX
CAROLINA L. DE LA ROSA
1008 SANDSTONE DR                              Property Address:
MISSION TX  78574                              1008 SANDSTONE DRIVE
                                               MISSION, TX  78574

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Aug 2017 to Nov 2017.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Dec 01, 2017: | Escrow Balance Calculation | |
|---|---|---|---|---|
| Principal & Interest Pmt: | 576.07 | 576.07 | Due Date: | Nov 01, 2017 |
| Escrow Payment: | 0.00 | 42.50 | Escrow Balance: | (127.50) |
| Other Funds Payment: | 0.00 | 0.00 | Anticipated Pmts to Escrow: | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 | Anticipated Pmts from Escrow (-): | 85.00 |
| Reserve Acct Payment: | 0.00 | 0.00 | Anticipated Escrow Balance: | ($212.50) |
| Total Payment: | $576.07 | $618.57 | | |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 0.00 | 0.00 |
| Aug 2017 | | | | 42.50 | * Escrow Disbursement | 0.00 | (42.50) |
| Sep 2017 | | | | 42.50 | * Escrow Disbursement | 0.00 | (85.00) |
| Oct 2017 | | | | 42.50 | * Escrow Disbursement | 0.00 | (127.50) |
| | | | | | Anticipated Transactions | 0.00 | (127.50) |
| Oct 2017 | | | | 42.50 | Forced Place Ins | | (170.00) |
| Nov 2017 | | | | 42.50 | Forced Place Ins | | (212.50) |
| | $0.00 | $0.00 | $0.00 | $212.50 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling $0.00.  Under Federal law, your lowest monthly balance should not have exceeded $0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.
This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to do nothing.

SN Servicing Corporation Final
For Inquiries: (800) 603-0836

Analysis Date: October 14, 2017

JIMMY DE LA ROSA                                                                                           Loan:     XXXXXXXXXXX

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | (212.50) | 0.00 |
| Dec 2017 | 42.50 | 42.50 | Forced Place Ins | (212.50) | 0.00 |
| Jan 2018 | 42.50 | 42.50 | Forced Place Ins | (212.50) | 0.00 |
| Feb 2018 | 42.50 | 42.50 | Forced Place Ins | (212.50) | 0.00 |
| Mar 2018 | 42.50 | 42.50 | Forced Place Ins | (212.50) | 0.00 |
| Apr 2018 | 42.50 | 42.50 | Forced Place Ins | (212.50) | 0.00 |
| May 2018 | 42.50 | 42.50 | Forced Place Ins | (212.50) | 0.00 |
| Jun 2018 | 42.50 | 42.50 | Forced Place Ins | (212.50) | 0.00 |
| Jul 2018 | 42.50 | 42.50 | Forced Place Ins | (212.50) | 0.00 |
| Aug 2018 | 42.50 | 42.50 | Forced Place Ins | (212.50) | 0.00 |
| Sep 2018 | 42.50 | 42.50 | Forced Place Ins | (212.50) | 0.00 |
| Oct 2018 | 42.50 | 42.50 | Forced Place Ins | (212.50) | 0.00 |
| Nov 2018 | 42.50 | 42.50 | Forced Place Ins | (212.50) | 0.00 |
|  | $510.00 | $510.00 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $0.00. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $85.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is ($212.50). Your starting balance (escrow balance required) according to this analysis should be $0.00. This means you have a shortage of $212.50. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be $510.00. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | 42.50 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $42.50 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
LAW OFFICES OF MICHELLE GHIDOTTI
5120 E. LaPalma Ave., Suite 206
Anaheim, CA 92807
Ph:  (949) 354-2601
Fax: (949) 200-4381
mghidotti@ghidottilaw.com

Authorized agent for Creditor
SRP 2013-2 LLC

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS – MCALLEN DIVISION

| | |
|---|---|
| In Re: | CASE NO.:  15-70228 |
| Jimmy De La Rosa and Carolina De La Rosa, | CHAPTER 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 5120 E. LaPalma Ave., Ste. 206, Anaheim, CA 92807.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On November 6, 2017 I served the following documents described as:

- **NOTICE OF MORTGAGE PAYMENT CHANGE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| | |
|---|---|
| **Debtor**<br>Jimmy De La Rosa<br>1008 E. Sandstone Dr.<br>Mission, TX 78574<br><br>**Joint Debtor**<br>Carolina De La Rosa<br>1008 E. Sandstone Dr.<br>Mission, TX 78574<br><br>**Debtor's Counsel**<br>Roberto A Guerrero<br>Attorney at Law<br>2217 N 23rd<br>McAllen, TX 78501 | **Chapter 13 Trustee**<br>Cindy Boudloche<br>Chapter 13 Trustee<br>555 N Carancahua<br>Ste 600<br>Corpus Christi, TX 78401-0823<br><br>**Office of the U.S. Trustee**<br>US Trustee<br>606 N Carancahua<br>Corpus Christi, TX 78401 |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on November 6, 2017 at Anaheim, California

/*s / Krystle Miller*
Krystle Miller

2
CERTIFICATE OF SERVICE